IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARLOUS D ROLLEY,

    Plaintiff,

v.                                    CASE NO. 1:16-cv-270-MP-GRJ

UNKNOWN,

    Defendant.

_____/

### REPORT AND RECOMMENDATION

The Court ordered Plaintiff to file an amended complaint on the Court's form and to either pay the $400 filing fee or file a motion for leave to proceed as a pauper on or before September 1, 2016. Plaintiff was warned that failure to comply would result in a recommendation that this case be dismissed without further notice. ECF No. 3. As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice for failure to prosecute and failure to comply with an order of the Court.

**IN CHAMBERS** in Gainesville, Florida this 26th day of September 2016.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## **NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.**