IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CARLOUS D ROLLEY,

    Plaintiff,

v.                                           CASE NO. 1:16-cv-00270-MP-GRJ

UNKNOWN,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 26, 2016. (Doc. 4). The parties have been furnished a copy of the Report and Recommendation the opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED without prejudice for failure to prosecute and failure to comply with an order of the Court. The Clerk is directed to close the file.

**DONE AND ORDERED** this _10th_ day of November, 2016

                                         *s/Maurice M. Paul*
                                         Maurice M. Paul, Senior District Judge